**STATE of Missouri, Respondent,**

v.

**Jennifer HORN, Appellant.**

**No. WD 74532.**

Missouri Court of Appeals,
Western District.

Feb. 5, 2013.

William Swift, Columbia, MO, for Appellant.

Andrew Hooper, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, C.J., MARK D. PFEIFFER, and CYNTHIA L. MARTIN, JJ.

## ORDER

PER CURIAM:

Jennifer Horn appeals the circuit court's judgment convicting her, after a jury trial, of one count of possession of a controlled substance, methamphetamine, in violation of section 195.202, RSMo 2000. We affirm. Rule 30.25(b).